UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER FRITZ,<br>Plaintiff,<br>v.<br>KEYVAN MOHAJER, et al.,<br>Defendants. | Case No. 26-cv-08301-RFL<br><br>**ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD COUNSEL, AND STAYING PROCEEDINGS**<br><br>Re: Dkt. No. 16 |
| WILLIAM RODICK,<br>Plaintiff,<br>v.<br>KEYVAN MOHAJER, et al.,<br>Defendants, | Case No. 3:26-cv-08304-RFL |

Upon consideration of the parties' Stipulations Regarding Consolidation of Related Shareholder Proceedings, Appointment of Lead Counsel, and Temporary Stay (Dkt. No. 16), the Court HEREBY ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned matters are consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Demand Refused Consolidated Action."

2. All papers in the Demand Refused Consolidated Action shall be filed under Case No. 3:26-cv-08301, the number assigned to the Consolidated Action, and shall bear the following caption:

| | |
|---|---|
| IN RE SOUNDHOUND AI, INC. DEMAND REFUSED DERIVATIVE LITIGATION | CONSOLIDATED<br>Case No. 3:26-cv-08301-RFL |

3. The Clerk of Court is directed to administratively close *Rodick v. Mohajer*, Case No. 3:26-cv-08304-RFL. All papers previously filed and served to date in that action are deemed part of the record in the Consolidated Action.

4. Any other action arising out of the same or similar operative facts hereafter filed in, removed to, or transferred to this District, and which the Court finds related to the Consolidated Action, shall be consolidated for pre-trial purposes pursuant to Rule 42(a), and all orders in the Demand Refused Consolidated Action shall apply to those actions. The parties shall file a Notice of Related Action whenever a case that they believe should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate file for such action;

b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

c. Direct that this Order be served upon Defendant(s) in the new case; and

d. Make appropriate entry in the Master Docket.

6. Johnson Fistel, PLLP ("Johnson Fistel") and The Rosen Law Firm, P.A. ("Rosen") are designated Co-Lead Counsel for Plaintiffs in the Demand Refused Consolidated Action. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Demand Refused Consolidated Action and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs for the Demand Refused Consolidated Action. No motion,

request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel for the Demand Refused Consolidated Action.

8. Each appointment is personal to the attorney named, is supported by that attorney's firm, and is subject to the attorney's admission to practice before this Court. No substitution may be made without prior Court approval. The appointments remain interim and subject to modification.

9. The Demand Refused Consolidated Action, including any obligation to respond to the operative consolidated complaint and all discovery obligations, shall be temporarily stayed until at least 30 days after the earliest of the following events: (i) the public announcement of any settlement in *St. John Family Trust v. SoundHound AI, Inc. et al.*, 3:25-cv-02915-RFL (the "Securities Class Action"); (ii) all motions for summary judgment have been decided in the Securities Class Action; or (iii) the dismissal of the Securities Class Action with prejudice and exhaustion of all related appeals thereto. Upon any of these events, Defendants shall promptly notify Co-Lead Counsel.

10. During the pendency of the stay, Defendants shall notify Co-Lead Counsel of any other shareholder derivative actions filed against Defendants arising from substantially similar or the same facts as alleged in the Demand Refused Consolidated Action ("Related Derivative Actions"). Defendants will promptly notify Co-Lead Counsel in the event any Related Derivative Action is not stayed on terms similar to the stay of the Demand Refused Consolidated Action. If a Related Derivative Action is not stayed for similar or longer duration as the Demand Refused Consolidated Action, Plaintiffs shall have the option to terminate the stay by providing notice to counsel for Defendants via email, and the parties shall thereafter meet and confer and file a proposed schedule with the Court within fourteen (14) days thereafter.

11. Notwithstanding the stay of this Demand Refused Consolidated Action, Plaintiffs may file a consolidated or amended complaint, though such a filing will not affect the stay. In the event Plaintiffs file a consolidated or amended complaint and the stay of the Demand Refused Consolidated Action is subsequently lifted, the Parties shall confer to set a schedule to

govern Defendants' response to any such amended complaint. Defendants need not answer, move or otherwise respond to any complaint in the Demand Refused Consolidated Action until the parties have agreed on (or the Court orders) a schedule.

**IT IS SO ORDERED.**

Dated: September 15, 2026

RITA F. LIN
United States District Judge